1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  MICAHEL JONES, State Bar No. 271574
   ASSISTANT UNITED STATES TRUSTEE
3  NOREEN A. MADOYAN, State Bar No. 279227
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Blvd., Suite 1850
5  Los Angeles, California 90017
   (202) 934-4064 telephone
6  (213) 894-2603 facsimile
   Email: Noreen.Madoyan@usdoj.gov
7

FILED & ENTERED

MAY 31 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SP STAR ENTERPRISE, INC.,<br><br>             Debtor. | Case No. 2:22-bk-14502-DS<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE**<br><br>Hearing:<br>Date:  May 25, 2023<br>Time:  11:30 a.m.<br>Place:  Courtroom 1639<br>          255 E. Temple St.<br>          Los Angeles, CA 90012<br>          (via ZoomGov) |

1     The court held a hearing at the above time and place on the "Motion to Convert, Dismiss or Appoint a Chapter 11 Trustee" (the "Motion," Docket No. 50) filed by the United States Trustee. Appearances were noted on the record. After considering the Motion, the arguments and statements made by counsel at the hearing, the failure to file an amended chapter 11 plan of reorganization, and the record in this case, for the reasons stated on the record at the hearing,

    IT IS HEREBY ORDERED THAT the Motion is granted. The above-captioned bankruptcy case is dismissed pursuant to 11 U.S.C. § 1112(b)(1).

###

Date: May 31, 2023

_____
Deborah J. Saltzman
United States Bankruptcy Judge